# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | |
|---|---|
| **BLANCA MOLINA RAMIREZ,** § | |
| Petitioner, § | |
| § | |
| V. § | CIVIL ACTION NO. 5:26-CV-00171 |
| § | |
| **ORLANDO PEREZ, et al.,** § | |
| Respondents. § | |

## ORDER

Before the Court is Petitioner's Petition for Writ of Habeas Corpus, (Dkt. No. 1).

In light of the Fifth Circuit's recent decision in *Buenrostro-Mendez v. Bondi*, — F.4th —, No. 25-20496, 2026 WL 323330 (5th Cir. Feb. 6, 2026), Petitioner's claims may be precluded by this binding precedent.

Accordingly, the Court **ORDERS** Petitioner to file an advisory by **February 23, 2026,** addressing why the Court should not deny the petition without prejudice and terminate the case.

If Petitioner fails to file an advisory by the above deadline, the Court may deny the petition and terminate the case.

It is so **ORDERED**.

**SIGNED** on February 12, 2026.

_____
John A. Kazen
United States District Judge