United States District Court
Southern District of Texas
**ENTERED**
April 03, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

|  |  |  |
|---|---|---|
| BLANCA ARACELY MOLINA RAMIREZ,<br>　　*Petitioner,* | §<br>§<br>§<br>§<br>§ |  |
| v. | §<br>§ | Civil No. 5:26-cv-00171 |
| ORLANDO PEREZ,<br>KRISTI NOEM,<br>JUAN AGUDELO,<br>TODD LYONS,<br>PAMELA BONDI,<br>and DAREN K MARGOLIN,<br>　　*Respondents.* | §<br>§<br>§<br>§<br>§<br>§<br>§ |  |

## **ORDER**

On February 6, 2026, the District Court ordered Respondents to file a response in this case no later than February 17, 2026.  Dkt. No. 4 at 1.  Respondents have not filed a response in this case to date.  Accordingly, Respondents are **ORDERED** to file a response to Petitioner's Petition, Dkt. No. 1, and **SHOW CAUSE** for their failure to comply with the Court's order by **April 10, 2026**.  *See* 28 U.S.C. § 2243.

IT IS SO ORDERED

Signed this April 3, 2026, in Laredo, Texas.

Diana Song Quiroga
United States Magistrate Judge